IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| DANIEL L. DUMONDE, #21609-001 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-1079-MHT |
| CAVERS, KATHY, COUNSELOR, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

Plaintiff, an inmate incarcerated at the Maxwell Federal Prison Camp in Montgomery, Alabama, filed this civil action on December 12, 2007. He has not submitted the $350.00 filing fee nor has he filed motion for leave to proceed *in forma pauperis*. Plaintiff, therefore, shall be granted additional time to provide the court with the information necessary for a determination of whether he should be allowed to proceed *in forma pauperis* in this cause of action.

Accordingly, it is ORDERED that:

1. On or before December 27, 2007 Plaintiff submit either the $350.00 filing fee or file the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis*.[1] Plaintiff is cautioned that his failure to comply with this Order will result in a

---

[1] Plaintiff's motion for IFP status should be accompanied by a prison account statement from the account clerk at the Maxwell Federal Prison Camp showing the average monthly balance in his prison account for the 6-month period immediately preceding the filing of this complaint and the average monthly deposits to his account during the past six months.

recommendation by the undersigned that this case be dismissed; and

    2.  The Clerk furnish Plaintiff with a form for use in filing a motion to proceed *in forma pauperis*.

    Done, this 14th day of December 2007.

                                  /s/ Wallace Capel, Jr.
                                  WALLACE CAPEL, JR.
                                  UNITED STATES MAGISTRATE JUDGE