AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

___Middle___ District of ___Alabama___

Daniel Lafitte DuMonde

Plaintiff

V.

Kathy Cavers, et al.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:07cv1079-MHT

I, **DANIEL L. DuMONDE** declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration   **FPC MAXWELL AIR FORCE BASE, MONTGOMERY, AL.**

   Are you employed at the institution? **YES**\*\*   Do you receive any payment from the institution? **YES**\*\*

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.
   \*

2. Are you currently employed?    ☒ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   **N/A  -PRISON JOB ONLY/ I AM ON MEDICAL COVALESENCE**
   **\*\* NOT CURRENTLY WORKING**

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   **N/A**

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends              ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments       ☐ Yes    ☒ No
   e. Gifts or inheritances                             ☐ Yes    ☒ No
   f. Any other sources                                 ☒ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

I RECEIVE ABOUT $175.00 MONTH FRM MY MOTHER TO MOSTLY COVER
  -LEGAL MATERIALS (For Five Seperate Lawsuits Pending), HYGEINE, ETC.

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   If any of your dependants are minors, please do not list their full name; just list their initials.

   N/A

I declare under penalty of perjury that the above information is true and correct.

_____Dec 19, 2007_____   _____[signature]_____
        Date                   Signature of Applicant

                         DANIEL L. DuMONDE
                         #21609-001   FPC MAXWELL AFB
                         MONTGOMERY, AL., 36112

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | | |
|---|---|---|
| DANIEL L. DuMONDE | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | CASE No. 2:07-cv-1079-MHT |
| KATHY CAVERS, Et.Al., | * | |
| Defendants. | * | |

## AFFIDAVIT OF ALL ASSETS

**COMES NOW THE PLAINTIFF**, DANIEL L. DuMONDE, and pursuant to requirement of this Court, submits this Affidavit Statement Stating ALL Assets.

Plaintiff Deposes and Says:

**TO WIT:**

PLAINTIFF HAS BEEN INCARCERATED FOR MORE THAN FOUR YEARS

1. PLAINTIFF HAS NO TANGIBLE ASSETS OF <u>ANYKIND</u>-NO CARS, BOATS,ETC. -NOR ANY REAL PROPERTY, HOMES, BUILDINGS OR JEWELRY.
2. <u>PLAINTIFF HAS NO MONEY IN ANY BANK ACCOUNT.</u>

3. PLAINTIFF OTHERWISE HAS NO STOCKS, BONDS OR INVESTMENTS.

4. PLAINTIFF HAS THE AMOUNT OF <u>$26.12</u> IN HIS PRISON ACCOUNT, CURRENTLY ON THIS DATE.

So Sworn under Penalty For Perjury and 28-
-U.S.C. §1746,
THIS _19_ DAY OF DECEMBER, 2007

/s/ _(signature)_
DANIEL L. DuMONDE, Plaintiff, Pro-Se
#21609-001, FPC MONTGOMERY, AL., 36112

( )



## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 21609001 | Current Institution: | Montgomery FPC |
| Inmate Name: | DUMONDE, DANIEL | Housing Unit: | MON-O-B |
| Report Date: | 12/17/2007 | Living Quarters: | 002-005L |
| Report Time: | 2:18:47 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 6708 |
| PAC #: | 039259724 |
| FRP Participation Status: | Refused |
| Arrived From: | YAZ |
| Transferred To: | |
| Account Creation Date: | 6/6/2005 |
| Local Account Activation Date: | 6/11/2005 3:33:05 AM |
| Sort Codes: | |
| Last Account Update: | 12/17/2007 11:55:01 AM |
| Account Status: | Active |
| Phone Balance: | $2.20 |

#### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $26.12 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $26.12 |
| National 6 Months Deposits: | $983.83 |
| National 6 Months Withdrawals: | $958.13 |
| National 6 Months Avg Daily Balance: | $26.62 |
| Local Max. Balance - Prev. 30 Days: | $155.32 |
| Average Balance - Prev. 30 Days: | $35.30 |

## Commissary History

### Purchases

| | |
|---|---|
| Validation Period Purchases: | $122.20 |
| YTD Purchases: | $571.45 |
| Last Sales Date: | 12/17/2007 11:55:01 AM |

### SPO Information

| | |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

| | |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Bi-Weekly Revalidation: | No |
| Spending Limit: | $25.00 |
| Expended Spending Limit: | $24.60 |
| Remaining Spending Limit: | $0.40 |

## Commissary Restrictions

### Spending Limit Restrictions

| | |
|---|---|
| Restricted Spending Limit: | $25.00 |
| Restricted Expended Amount: | $24.60 |
| Restricted Remaining Spending Limit: | $0.40 |
| Restriction Start Date: | 12/10/2007 |
| Restriction End Date: | 1/8/2008 |

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|
| COMMISSARY RESTRICTION | Permitted List | 12/10/2007 | 1/8/2008 | Yes |
| COMMISSARY RESTRICTION-STAMPS | Permitted List | 12/10/2007 | 1/8/2008 | Yes |

## Comments

**Comments:**

# Inmate Statement

| | | |
|---|---|---|
| Inmate Reg #: | 21609001 | Current Institution: Montgomery FPC |
| Inmate Name: | DUMONDE, DANIEL | Housing Unit: MON-O-B |
| Report Date: | 12/17/2007 | Living Quarters: 002-005L |
| Report Time: | 2:18:11 PM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MON | 12/17/2007 11:55:01 AM | 30 | | | Sales | ($29.00) | | $26.12 |
| MON | 12/15/2007 11:44:22 AM | TFN1215 | | | Phone Withdrawal | ($2.00) | | $55.12 |
| MON | 12/14/2007 12:32:36 PM | TFN1214 | | | Phone Withdrawal | ($2.00) | | $57.12 |
| MON | 12/10/2007 6:21:03 PM | 99 | | | Sales | ($93.20) | | $59.12 |
| MON | 12/8/2007 12:39:15 PM | TFN1208 | | | Phone Withdrawal | ($3.00) | | $152.32 |
| MON | 12/8/2007 5:09:56 AM | 70197301 | | | Lockbox - CD | $150.00 | | $155.32 |
| MON | 12/7/2007 3:13:46 PM | 6009 | | | FRP Quarterly Pymt | $0.00 | | $5.32 |
| MON | 12/7/2007 10:17:00 AM | HIPP1107 | | | Payroll - IPP | $4.76 | | $5.32 |
| MON | 12/5/2007 2:20:08 PM | TFN1205 | | | Phone Withdrawal | ($2.00) | | $0.56 |
| MON | 12/1/2007 2:49:42 PM | TFN1201 | | | Phone Withdrawal | ($2.00) | | $2.56 |
| MON | 11/30/2007 7:54:05 PM | TFN1130 | | | Phone Withdrawal | ($2.00) | | $4.56 |
| MON | 11/26/2007 10:48:40 AM | 16 | | | Sales | ($12.40) | | $6.56 |
| MON | 11/24/2007 3:16:30 PM | TFN1124 | | | Phone Withdrawal | ($3.00) | | $18.96 |
| MON | 11/24/2007 2:09:08 PM | TFN1124 | | | Phone Withdrawal | ($2.00) | | $21.96 |
| MON | 11/21/2007 11:23:05 AM | TFN1121 | | | Phone Withdrawal | ($2.00) | | $23.96 |
| MON | 11/19/2007 10:31:15 AM | 12 | | | Sales | ($80.15) | | $25.96 |
| MON | 11/14/2007 2:59:05 PM | TFN1114 | | | Phone Withdrawal | ($2.00) | | $106.11 |
| MON | 11/13/2007 1:58:50 PM | TFN1113 | | | Phone Withdrawal | ($2.00) | | $108.11 |
| MON | 11/13/2007 11:47:15 AM | 10 | | | Sales | ($91.25) | | $110.11 |
| MON | 11/13/2007 5:01:13 AM | 70195504 | | | Lockbox - CD | $40.00 | | $201.36 |
| MON | 11/12/2007 5:16:57 AM | 70195503 | | | Lockbox - CD | $90.00 | | $161.36 |
| MON | 11/9/2007 12:46:50 PM | TFN1109 | | | Phone Withdrawal | ($2.00) | | $71.36 |
| MON | 11/9/2007 12:36:31 PM | TFN1109 | | | Phone Withdrawal | ($2.00) | | $73.36 |
| MON | 11/9/2007 5:11:39 AM | 70195401 | | | Lockbox - CD | $75.00 | | $75.36 |
| MON | 10/29/2007 2:08:07 PM | 36 | | | Sales | ($14.45) | | $0.36 |
| MON | 10/28/2007 5:12:28 PM | TFN1028 | | | Phone Withdrawal | ($2.00) | | $14.81 |
| MON | 10/24/2007 5:29:42 PM | TFN1024 | | | Phone Withdrawal | ($1.00) | | $16.81 |
| MON | 10/23/2007 5:18:26 PM | TFN1023 | | | Phone Withdrawal | ($3.00) | | $17.81 |
| MON | 10/22/2007 10:57:40 AM | 30 | | | Sales | ($5.00) | | $20.81 |
| MON | 10/22/2007 10:49:11 AM | 26 | | | Sales | ($67.65) | | $25.81 |
| MON | 10/21/2007 5:15:18 AM | 70194002 | | | Lockbox - CD | $75.00 | | $93.46 |
| MON | 10/20/2007 8:29:22 PM | TFN1020 | | | Phone Withdrawal | ($2.00) | | $18.46 |
| MON | 10/18/2007 11:18:13 AM | 928-C | | | Court Fees | $12.00 | | $20.46 |

| | | | | | | |
|---|---|---|---|---|---|---|
| MON | 10/18/2007 11:17:49 AM | 929-C | | Court Fees | $8.36 | $8.46 |
| MON | 10/15/2007 10:44:10 AM | 18 | | Sales | ($46.70) | $0.10 |
| MON | 10/14/2007 2:31:54 PM | TFN1014 | | Phone Withdrawal | ($2.00) | $46.80 |
| MON | 10/11/2007 3:33:33 PM | TFN1011 | | Phone Withdrawal | ($2.00) | $48.80 |
| MON | 10/10/2007 3:21:03 PM | TFN1010 | | Phone Withdrawal | ($2.00) | $50.80 |
| MON | 10/9/2007 11:02:41 AM | 19 | | Sales | ($10.00) | $52.80 |
| MON | 10/9/2007 11:00:38 AM | 18 | | Sales | ($29.15) | $62.80 |
| MON | 10/9/2007 10:20:50 AM | 70193104 | | Lockbox - CD | $50.00 | $91.95 |
| MON | 10/6/2007 2:22:25 PM | TFN1006 | | Phone Withdrawal | ($2.00) | $41.95 |
| MON | 10/5/2007 9:36:36 AM | HIPP0907 | | Payroll - IPP | $22.61 | $43.95 |
| MON | 10/3/2007 5:34:39 PM | TFN1003 | | Phone Withdrawal | ($2.00) | $21.34 |
| MON | 10/1/2007 11:35:00 AM | TFN1001 | | Phone Withdrawal | ($2.00) | $23.34 |
| MON | 10/1/2007 10:54:35 AM | 20 | | Sales | ($92.50) | $25.34 |
| MON | 9/24/2007 5:06:56 PM | 33325607 | | Western Union | $100.00 | $117.84 |
| MON | 9/24/2007 2:07:41 PM | TFN0924 | | Phone Withdrawal | ($2.00) | $17.84 |
| MON | 9/19/2007 3:13:47 PM | TFN0919 | | Phone Withdrawal | ($2.00) | $19.84 |
| MON | 9/17/2007 5:43:49 PM | TFN0917 | | Phone Withdrawal | ($2.00) | $21.84 |

1 2 3

**Total Transactions: 131**

**Totals:** $14.44    $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MON | $26.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $26.12 |
| Totals: | $26.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $26.12 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $983.83 | $958.13 | $26.62 | $155.32 | $35.30 | 12/10/2007 | 1/8/2008 |

DANIEL L. DuMONDE, PRO-SE
#21609-001, MOBILE-B
FEDERAL PRISON CAMP, MAXWELL AFB
MONTGOMERY, ALABAMA, 36112



MONTGOMERY, AL 361

TO: CLERK'S OFFICE
UNITED STATES DISTRICT COURT
ONE CHURCH STREET
MONTGOMERY, AL.
36104